```
 1  McGREGOR W. SCOTT
    United States Attorney
 2  JOHN K. VINCENT
    ROBIN TAYLOR
 3  COURTNEY J. LINN
    Assistant U.S. Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:02-CV-0671-EJG-PAN |
|---|---|
| Plaintiff, | |
| v. | **ORDER APPROVING CUSTODIAN'S SEVENTH REPORT TO THE COURT** |
| 1. REAL PROPERTY KNOWN AS PROPIEDAD DE LA PROVINCIA DE HEREDIA, LOCATED IN BELEN DE HEREDIA, LOT NO. 094954-000, HELD IN THE NAME OF CREACIONES y DESCUBRIMIENTOS, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 2. REAL PROPERTY KNOWN AS QUINTAS LA ISABELLA, LOCATED IN LA GARITA DE ALAJUELA, LOT NO. 168320-000, HELD IN THE NAME OF CARLTON SECURITIES S.R.L., INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 3. REAL PROPERTY KNOWN AS APARTMENTO #35, LOCATED IN ESCAZU DE SAN JOSE, LOT NO. 508046-000, OWNED BY FIU SECURITIES S.R.L., INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 4. REAL PROPERTY KNOWN AS LAS | |

HADAS CONDOMINIO #02, LOCATED IN ESCAZU DE SAN JOSE, LOT NO. F023978-000, OWNED BY HADA CAMPANITA, S.A., INCLUDING ALL APPURTENANCES, IMPROVEMENTS, AND CONTENTS, THERETO,

5. REAL PROPERTY KNOWN AS CONDOMINIO UNIT #22 SANTE FE, LOCATED IN ESCAZU DE SAN JOSE, LOT NO. F020953-000, OWNED BY TOP INVESTMENTS, S.R.L., INCLUDING ALL APPURTENANCES AND IMPROVEMENTS, THERETO,

6. REAL PROPERTY KNOWN AS RANCHO MARQUI, LOCATED AT LA GARITA DE ALAJUELA, LOT NO. 247746-000, OWNED BY TRUST INVESTMENTS, S.R.L., INCLUDING ALL APPURTENANCES, IMPROVEMENTS, AND CONTENTS, THERETO,

7. 1994 SPECIAL EQUIPMENT FORD, VIN: BD63232, PLATE NO. EE-017531, REGISTERED TO RANCHO MARQUI,

8. 2002 BMW, PLATE NO. 434066, VIN:WBSBL91020JP77897, REGISTERED TO M TRES KWLL INVESTMENTS S.R.L.,

9. BANCO BANTEC CQ, SAN JOSE, LA URUCA, CERTIFICATES IN THE NAME OF DAX JAIKEL, NOs. 8058, 8059, 8060, 8080, 8081, 8084, AND 8123, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

10. BANCO BANTEC CQ, SAN JOSE, LA URUCA, CERTIFICATES IN THE NAME OF CREACIONES Y DESCUBRIMIENTOS, NOs. 8089, 8090, 8091, AND 8104, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

11. BANCO BANTEC CQ, SAN JOSE LA URUCA, CERTIFICATES IN THE NAME OF HAARLEM UNIVERSAL CORPORATION, NOs. 8099, 8100, AND 8082, PLUS ANY AND ALL

ACCRUED INTEREST EARNED,

12.   BANCO BANTEC CQ, SAN JOSE, LA URUCA, DEBIT CARD 4259-5503-0100-9381, IN THE NAME OF ALYN RICHARD WAAGE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

13.   BANCO BANTEC CQ, SAN JOSE, LA URUCA, DEBIT CARD 4259-5503-0100-9373, IN THE NAME OF MICHELLE HIGGINS, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

14.   BANCO BANTEC CQ, SAN JOSE, LA URUCA, DEBIT CARD 4259-5201-0100-3389 IN THE NAME OF DAX JAIKEL ARCE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

15.   ALL FUNDS IN THE BANCO BANCENTRO INVESTMENT FUND #242 IN THE NAME OF CARY WAAGE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

16.   ALL FUNDS IN THE BANCO ELCA, SAN JOSE, PASEO COLON, ACCOUNT NO. 122012485, IN THE NAME OF SOUTH AMERICAN INVESTMENTS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

17.   ALL FUNDS IN THE BANCO ELCA, SAN JOSE, PASEO COLON, ACCOUNT NO. 122012731, IN THE NAME OF JAMES MICHAEL WEBB, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

18.   TWO BANCO ELCA, SAN JOSE, PASEO COLON, INV. CERTs. Nos. 000200017364 AND 00020017365 OBTAINED BY FRANCISCO KOU, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

19.   BANCO ELCA, SAN JOSE, PASEO COLON, DOCUMENT ON DEMAND, IN THE NAME OF FIU INVESTMENT S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

3

20. BANCO ELCA, SAN JOSE, PASEO COLON, DOCUMENT ON DEMAND, IN THE NAME OF HAARLEM UNIVERSAL CORPORATION S.A., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

21. FINANCORP, CREDIT CARDS, IN THE NAME OF SOUTH AMERICAN INVESTMENTS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

22. BANCO PROMERICA, CERT. NO. 19070 AND ALL FUNDS IN ACCOUNT NO. 8360209979, IN THE NAME OF DAX JAIKEL ARCE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

23. BANCO PROMERICA, INV. CERT. NO. 23485 IN THE NAME OF FRANCISCO KOU AND ALL FUNDS IN ACCOUNT NO. 3-113055 IN THE NAME OF WANGCHIH SHENG KOU AKA "FRANCISCO KOU", PLUS ANY AND ALL ACCRUED INTEREST EARNED,

24. BANCO PROMERICA, CERT. Nos. 24146, 24147, AND 24148, IN THE NAME OF KEITH ANDREW NORDICK, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

25. BANCO PROMERICA, ACCOUNT NO. 4-159380, IN THE NAME OF JAMES MICHAEL WEBB, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

26. GRUPO SAMA, ACCOUNT NO. 12722, IN THE NAME OF BUSINESS SUCCESS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

27. CORPORACION INTERFIN, ACCT. ON DEMAND, IN THE NAME OF DAX JAIKEL ARCE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

28. BANCO CATHAY, INVESTMENT FUND IN THE NAME OF CATHAY VALORES PUESTO DE BOLSA(BRYAN KUFELDT), PLUS ANY AND ALL ACCRUED INTEREST EARNED,

| | |
|---|---|
| 29. | THREE BANCO CATHAY, INV. CERTs. NOs. 2951, 2952, AND 2953, PLUS ANY AND ALL ACCRUED INTEREST EARNED, |
| 30. | BANCO CATHAY, DEPOSITION EN EFECTIVO REALIZADO POR, IN THE NAME OF KEITH NORDICK, PLUS ANY AND ALL ACCRUED INTEREST EARNED, |
| 31. | BANCO CREDITO AGRICOLA DE CARTAGO, CERTs. NOs. 3023293, 3023295, 3023296, 3023297, 3023298, PLUS ANY AND ALL ACCRUED INTEREST EARNED, |
| 32. | BANCO CUSCATLAN, ACCOUNT NO. 105-13240-5, IN THE NAME OF HAARLEM UNIVERSAL CORPORATION S.A., PLUS ANY AND ALL ACCRUED INTEREST EARNED, |
| 33. | ARRENDADORA AUTOMOTRIZ ZUME COMERCIAL S.A., INVESTMENT ACCOUNT IN THE NAME OF SOUTH AMERICAN INVESTMENTS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED, |
| | Defendants. |

Upon consideration of the Custodian's Seventh Report to the Court (the "Report"), the Report will be approved.

Mr. David Gutiérrez was appointed as the custodian (the "Custodian") of certain real property in Costa Rica known as Rancho Marqui by this Court on April 8, 2002, for the purposes of receiving, securing, maintaining, and preserving that asset. The Final Judgment of Forfeiture and Letter Rogatory to Costa Rica filed January 27, 2003, further authorized the Custodian to arrange for and conduct the sale of the Assets set forth in Exhibit A of the Final Judgment of Forfeiture, or make any other disposition of the Assets, as the Department of Justice shall direct. The Custodian is required to

1  submit periodic reports to the Court which, <u>inter alia</u>, describe the
2  Custodian's efforts to comply with the terms of the Order Appointing
3  A Custodian.
4      The Government has reviewed the Report, and recommends that it
5  be approved.  The Court has reviewed the Report.
6      It is hereby ORDERED that the Custodian's Seventh Report is
7  approved.
8      IT IS SO ORDERED.

10  DATED: 2/13/06                    /S/ Edward J. Garcia
                                      EDWARD J. GARCIA
11                                    UNITED STATES DISTRICT JUDGE

6