```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  JOHN K. VINCENT
    ROBIN TAYLOR
 3  KRISTIN S. DOOR
    Assistant U.S. Attorneys
 4  501 I Street, Suite 10-100
    Sacramento, CA 95814
 5  Telephone:  (916) 554-2700
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | 2:02-CV-0671-EJG-PAN |
| Plaintiff, | **ORDER TERMINATING APPOINTMENT OF CUSTODIAN** |
| v. | |
| 1.  REAL PROPERTY KNOWN AS PROPIEDAD DE LA PROVINCIA DE HEREDIA, LOCATED IN BELEN DE HEREDIA, LOT NO. 094954-000, HELD IN THE NAME OF CREACIONES y DESCUBRIMIENTOS, INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 2.  REAL PROPERTY KNOWN AS QUINTAS LA ISABELLA, LOCATED IN LA GARITA DE ALAJUELA, LOT NO. 168320-000, HELD IN THE NAME OF CARLTON SECURITIES S.R.L., INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 3.  REAL PROPERTY KNOWN AS APARTMENTO #35, LOCATED IN ESCAZU DE SAN JOSE, LOT NO. 508046-000, OWNED BY FIU SECURITIES S.R.L., INCLUDING ALL APPURTENANCES AND IMPROVEMENTS THERETO, | |
| 4.  REAL PROPERTY KNOWN AS LAS HADAS CONDOMINIO #02, LOCATED IN | |

ESCAZU DE SAN JOSE, LOT NO. F023978-000, OWNED BY HADA CAMPANITA, S.A., INCLUDING ALL APPURTENANCES, IMPROVEMENTS, AND CONTENTS, THERETO,

5.  REAL PROPERTY KNOWN AS CONDOMINIO UNIT #22 SANTE FE, LOCATED IN ESCAZU DE SAN JOSE, LOT NO. F020953-000, OWNED BY TOP INVESTMENTS, S.R.L., INCLUDING ALL APPURTENANCES AND IMPROVEMENTS, THERETO,

6.  REAL PROPERTY KNOWN AS RANCHO MARQUI, LOCATED AT LA GARITA DE ALAJUELA, LOT NO. 247746-000, OWNED BY TRUST INVESTMENTS, S.R.L., INCLUDING ALL APPURTENANCES, IMPROVEMENTS, AND CONTENTS, THERETO,

7.  1994 SPECIAL EQUIPMENT FORD, VIN: BD63232, PLATE NO. EE-017531, REGISTERED TO RANCHO MARQUI,

8.  2002 BMW, PLATE NO. 434066, VIN:WBSBL91020JP77897, REGISTERED TO M TRES KWLL INVESTMENTS S.R.L.,

9.  BANCO BANTEC CQ, SAN JOSE, LA URUCA, CERTIFICATES IN THE NAME OF DAX JAIKEL, NOs. 8058, 8059, 8060, 8080, 8081, 8084, AND 8123, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

10. BANCO BANTEC CQ, SAN JOSE, LA URUCA, CERTIFICATES IN THE NAME OF CREACIONES Y DESCUBRIMIENTOS, NOs. 8089, 8090, 8091, AND 8104, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

11. BANCO BANTEC CQ, SAN JOSE LA URUCA, CERTIFICATES IN THE NAME OF HAARLEM UNIVERSAL CORPORATION, NOs. 8099, 8100, AND 8082, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

12. BANCO BANTEC CQ, SAN JOSE, LA URUCA, DEBIT CARD 4259-5503-0100-9381, IN THE NAME OF ALYN RICHARD WAAGE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

13. BANCO BANTEC CQ, SAN JOSE, LA URUCA, DEBIT CARD 4259-5503-0100-9373, IN THE NAME OF MICHELLE HIGGINS, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

14. BANCO BANTEC CQ, SAN JOSE, LA URUCA, DEBIT CARD 4259-5201-0100-3389 IN THE NAME OF DAX JAIKEL ARCE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

15. ALL FUNDS IN THE BANCO BANCENTRO INVESTMENT FUND #242 IN THE NAME OF CARY WAAGE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

16. ALL FUNDS IN THE BANCO ELCA, SAN JOSE, PASEO COLON, ACCOUNT NO. 122012485, IN THE NAME OF SOUTH AMERICAN INVESTMENTS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

17. ALL FUNDS IN THE BANCO ELCA, SAN JOSE, PASEO COLON, ACCOUNT NO. 122012731, IN THE NAME OF JAMES MICHAEL WEBB, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

18. TWO BANCO ELCA, SAN JOSE, PASEO COLON, INV. CERTs. Nos. 000200017364 AND 00020017365 OBTAINED BY FRANCISCO KOU, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

19. BANCO ELCA, SAN JOSE, PASEO COLON, DOCUMENT ON DEMAND, IN THE NAME OF FIU INVESTMENT S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

20. BANCO ELCA, SAN JOSE, PASEO COLON, DOCUMENT ON DEMAND, IN

THE NAME OF HAARLEM UNIVERSAL CORPORATION S.A., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

21.   FINANCORP, CREDIT CARDS, IN THE NAME OF SOUTH AMERICAN INVESTMENTS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

22.   BANCO PROMERICA, CERT. NO. 19070 AND ALL FUNDS IN ACCOUNT NO. 8360209979, IN THE NAME OF DAX JAIKEL ARCE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

23.   BANCO PROMERICA, INV. CERT. NO. 23485 IN THE NAME OF FRANCISCO KOU AND ALL FUNDS IN ACCOUNT NO. 3-113055 IN THE NAME OF WANGCHIH SHENG KOU AKA "FRANCISCO KOU", PLUS ANY AND ALL ACCRUED INTEREST EARNED,

24.   BANCO PROMERICA, CERT. Nos. 24146, 24147, AND 24148, IN THE NAME OF KEITH ANDREW NORDICK, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

25.   BANCO PROMERICA, ACCOUNT NO. 4-159380, IN THE NAME OF JAMES MICHAEL WEBB, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

26.   GRUPO SAMA, ACCOUNT NO. 12722, IN THE NAME OF BUSINESS SUCCESS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

27.   CORPORACION INTERFIN, ACCT. ON DEMAND, IN THE NAME OF DAX JAIKEL ARCE, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

28.   BANCO CATHAY, INVESTMENT FUND IN THE NAME OF CATHAY VALORES PUESTO DE BOLSA(BRYAN KUFELDT), PLUS ANY AND ALL ACCRUED INTEREST EARNED,

29.   THREE BANCO CATHAY, INV. CERTs. NOs. 2951, 2952, AND 2953, PLUS ANY AND ALL ACCRUED

INTEREST EARNED,

30.  BANCO CATHAY, DEPOSITION EN EFECTIVO REALIZADO POR, IN THE NAME OF KEITH NORDICK, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

31.  BANCO CREDITO AGRICOLA DE CARTAGO, CERTs. NOs. 3023293, 3023295, 3023296, 3023297, 3023298, PLUS ANY AND ALL ACCRUED INTEREST EARNED,

32.  BANCO CUSCATLAN, ACCOUNT NO. 105-13240-5, IN THE NAME OF HAARLEM UNIVERSAL CORPORATION S.A., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

33.  ARRENDADORA AUTOMOTRIZ ZUME COMERCIAL S.A., INVESTMENT ACCOUNT IN THE NAME OF SOUTH AMERICAN INVESTMENTS S.R.L., PLUS ANY AND ALL ACCRUED INTEREST EARNED,

                Defendants.

This matter comes before the Court on the United States of America's *ex parte* application for an order terminating appointment of David Gutiérrez as custodian in this action.  Upon the application of the United States and the declarations of Jason Lamb and Jennifer Lewis-Gooden, and for the reasons given in the United States' moving papers, the Court makes the following orders:

    1.  David Gutiérrez' appointment as custodian in this action is hereby terminated.

    2.  David Gutiérrez has agreed that no further payment would be required to finalize the disposition of the remaining five assets.

Upon reconciliation of these assets, no other services are required from Mr. Gutiérrez.

IT IS SO ORDERED.

DATED: June 15, 2009        /s/ Edward J. Garcia
                            EDWARD J. GARCIA
                            United States District Judge